UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HEATHER M. GEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Cause No. 1:06CV82 RWS |

## MEMORANDUM AND ORDER

This matter is before me on a United States Magistrate Judge Lewis M. Blanton's Report and Recommendation that the decision of the Commissioner of Social Security should be reversed and this case should be remanded to the Commissioner to award Supplemental Security Income benefits to Plaintiff Heather Gee. Any objections to the Report and Recommendation had to be filed by August 31, 2007. No objections have been filed as of today's date.

I find that the Report and Recommendation properly states the applicable law and reaches a correct decision.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Blanton is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Commissioner to award of Supplemental Security Income benefits to Plaintiff Heather Gee.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2007.